U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

APR 10 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD NENIGAR** | **CIVIL ACTION NO. 6:13-cv-3088** |
|     FED. REG. #14026-035 | |
| VS. | SECTION P |
| | JUDGE RICHARD T. HAIK, SR. |
| **JUDGE REBECCA DOHERTY** | MAGISTRATE JUDGE C. MICHAEL HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS RECOMMENDED** that Nenigar's *Bivens* complaint [Doc. 10] and the various documents filed in conjunction therewith [Docs. 1, 1-2, and 9] be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief may be granted, and for seeking monetary relief from a party who is immune from suit pursuant to § 1915(e)(2) (B) and § 1915A(b).

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this _____ day of _____, 2014.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE