U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

APR 21 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RICHARD NENIGAR | CIVIL ACTION NO. 6:13-cv-3088 |
| FED. REG. #14026-035 | |
| VS. | SECTION P |
| | JUDGE RICHARD T. HAIK, SR. |
| JUDGE REBECCA DOHERTY | MAGISTRATE JUDGE C. MICHAEL HILL |

### AMENDED JUDGMENT

In light of the Court's inadvertent error in the April 10, 2014 Judgment of this matter, the Judgment is amended as follows:

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Richard Nenigar's *Bivens* complaint [Doc. 10] and the various documents filed in conjunction therewith [Docs. 1, 1-2, and 9] be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief may be granted, and for seeking monetary relief from a party who is immune from suit pursuant to § 1915(e)(2)(B) and § 1915A(b).

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this 21st day of April, 2014.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE